

# NUMBER 13-14-00579-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE:   W.B.

### On Appeal from the County Court at Law No. 2
### of Cameron County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Longoria**
**Memorandum Opinion Per Curiam**

Appellant, W.B., perfected an appeal from a judgment entered by the County Court at Law No. 2 of Cameron County, Texas, in cause number 2014-CML-00304.   This appeal was abated by this Court on October 20, 2014, to determine whether appellant desires to pursue the appeal and whether appellant is entitled to appointed counsel.   This cause is now before the Court on appellant's unopposed motion to dismiss the appeal on

grounds the appeal is moot. Appellant requests that this Court dismiss the appeal. Accordingly, this appeal is REINSTATED.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is GRANTED, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
30th day of April, 2015.